OPINION OF THE COURT
Appeal dismissed upon the ground that the reversal by the *800 Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal” (CPL 450.90 [2] [a]). The conviction of criminal possession of a weapon was reversed "on the law and as a matter of discretion in the interest of justice”. Reversal of the conviction of assault and dismissal of that count of the indictment, while termed a reversal "on the law”, was necessarily based on a determination of repugnancy of the verdict, an issue not preserved for review as a question of law (CPL 470.05 [2]).
Concur: Chief Judge Wachtler and Judges Meyer, Simons, Kaye, Alexander and Titone. Taking no part: Judge Hancock, Jr.